## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**ROBERT BERG, Individually and On Behalf of
All Others Similarly Situated**

-vs-

**WHOLE FOODS MARKET, INC., et al**

Case No.:  **1:17-cv-00677-LY**

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____ **Peter Hein** _____, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent \_\_\_\_ **Whole Foods Market Inc (see** ▣ in this case, and would respectfully show the Court as follows:

1.   Applicant is an attorney and a member of the law firm (or practices under the name of)

   **Wachtell, Lipton, Rosen & Katz** _____,

   with offices at

   Mailing address:    **51 West 52nd Street**

   City, State, Zip Code:    **New York, NY  10019**

   Telephone:   **212/403-1000**

   Facsimile:   **212/403-2000**

2.    Since _____ **January 1976** ▣ _____, Applicant has been and presently is a member of and in good standing with the Bar of the State of _____ **New York** _____ ▣ . Applicant's bar license number is _____ **1495316** _____.

3.    Applicant has been admitted to practice before the following courts:

Court:                                                          Admission date:

**See EXHIBIT A attached** _____                           _____

_____                                       _____

_____                                       _____

_____                                       _____

4.    Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

**N/A** _____

_____

5.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

**N/A** _____

_____

6.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**N/A** _____

7.   Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8.   Select one:

☐   Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

☑   Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

| | |
|---|---|
| Co-counsel: | **Peter A. Stokes** |
| Mailing address: | **98 San Jacinto Blvd., Suite 1100** |
| City, State, Zip Code: | **Austin, Texas  78701** |
| Telephone: | **512/474-5201** |

9.   Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10.  Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____Peter Hein_____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,


_____Peter Hein_____
[printed name of Applicant]


_____
[signature of Applicant]


## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the _____ day of _____July_____, ___2017___.


_____Peter Hein_____
[printed name of Applicant]


_____
[signature of Applicant]


- 4 -

Additional Defendants represented in Berg v. Whole Foods Market Inc. 1:17-cv-00677-LY.

Mary Ellen Coe,
Shahid Hassan,
Ken Hicks,
Stephanie Kugelman,
John Mackey,
Joe Mansueto,
Sharon McCollam,
Scott Powers,
Walter Robb,
Ron Shaich,
Jonathan A. Seiffer,
Garbrielle Sulzberger

EHXIBIT A

LIST OF BAR ADMISSIONS

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court (active, inactive, retired, etc.) |
|---|---|---|---|
| New York State | 1495316 (attorney registration number) | 1976 | Active |
| U.S.D.C. for SDNY | PH5279 | 1976 | Active |
| U.S. Court of Appeals for the Second Circuit | | October 22, 1982 | Active |
| United States Supreme Court | | April 18, 1983 | Active |
| U.S. Court of Appeals for the District of Columbia Circuit | | February 28, 1985 | |
| U.S. Court of Appeals for the Seventh Circuit | | April 7, 1989 | |
| U.S. Court of Appeals for the Ninth Circuit | | August 30, 1998 | |
| U.S. Court of Appeals for the Third Circuit | | December 21, 1998 | |
| U.S. Court of Appeals for the Eleventh Circuit | | June 2, 2000 | Active |

I have also been admitted to the Bars of the U.S. District Courts for the Eastern District of New York, Northern District of California, Eastern District of Wisconsin, Eastern District of Michigan and of the United States Claims Court