IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERT BERG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>PLAINTIFF, | § § § § § | |
| V. | § § | CAUSE NO. 1:17-CV-677-LY |
| WHOLE FOODS MARKET, INC., MARY ELLEN COE, SHAHID HASSAN, KEN HICKS, STEPHANIE KUGELMAN, JOHN MACKEY, JOE MANSUETO, SHARON MCCOLLAM, SCOTT POWERS, WALTER ROBB, RON SHAICH, JONATHAN A. SEIFFER, GABRIELLE SULZBERGER, AMAZON.COM, INC., AND WALNUT MERGER SUB, INC.,<br>DEFENDANTS. | § § § § § § § § § § § | |

**FINAL JUDGMENT**

Before the court is the above entitled cause. On September 12, 2017, the parties filed a Stipulation Concerning Plaintiff's Voluntary Dismissal of Above Action (Doc. #18), which the court approved by separate order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this _14th_ day of September, 2017.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE